08 CV 6568

JUDGE LYNCH

399-08/WLJ
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
MOCOH S.A.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
William L. Juska (WJ 0772)
Daniel J. Fitzgerald (DJ 6313)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MOCOH S.A.,

                                        Plaintiff,                                      08-Civ-

- against –

FAL SHIPPING CO. LTD.,                                  **RULE 7.1 STATEMENT**

                                        Defendant.
------------------------------------------------------------x

      Plaintiff MOCOH S.A., by and through its undersigned attorneys, Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certify that it is a private (non-governmental) party, has no corporate parent, and that no publicly-held corporation owns 10% or more of the stock of the company.

Dated: New York, New York
       July 24, 2008

                                   FREEHILL HOGAN & MAHAR, LLP
                                   Attorneys for Plaintiff
                                   MOCOH S.A.

          By:   _____
                      William L. Juska (WJ 0772)
                      Daniel J. Fitzgerald (DF 6313)
                      80 Pine Street
                      New York, NY 10005
                      (212) 425-1900
                      (212) 425-1901 fax

NYDOCS1/309064.1