399-08/WLJ
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
MOCOH S.A.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
William L. Juska (WJ 0772)
Daniel J. Fitzgerald (DJ 6313)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MOCOH S.A.,

                        Plaintiff,          08-Civ-6568(GEL)

  - against –

FAL SHIPPING CO. LTD.,                   **STIPULATION OF**
                                                                   **DISCONTINUANCE**
                        Defendant.
-----------------------------------------------------------x

The Defendant not having appeared in this action, IT IS HEREBY stipulated by the

undersigned attorneys for the Plaintiff herein that the action be and the same is hereby

discontinued pursuant to Rule 41(A)(1) without prejudice and that funds restrained by BNP

Paribas Bank in the amount of $90,144.16 pursuant to the Process of Maritime Attachment

NYDOCS1/310172.1

and Garnishment issued in this case are hereby released.

Dated: New York, New York
August 7, 2008

>                    FREEHILL HOGAN & MAHAR, LLP
>                    Attorneys for Plaintiff
>                    MOCOH S.A.
>
>           By:      /s/ William L. Juska
>                    William L. Juska (WJ 0772)
>                    Daniel J. Fitzgerald (DF 6313)
>                    80 Pine Street
>                    New York, NY 10005
>                    (212) 425-1900; (212) 425-1901 fax

So Ordered:

/s/
U.S.D.J.
8/14/08

NYDOCS1/310172.1                      2